FILED
MAY 13 2014

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| BETHANY KARR, as Special Administrator of the Estate of Charleen Karr on behalf of the Estate and on behalf of the Next-of-Kin of Charleen Karr, Deceased, | \* \* \* \* \* \* | CIV 13-4132 |
| Plaintiff, | \* | |
| vs. | \* \* | JUDGMENT OF DISMISSAL OF DEFENDANTS |
| CORRECT CARE SOLUTIONS, LLC (CCS), a Foreign Limited Liability Company authorized to do business in South Dakota; AMANDA STURGEON; SARAH MOLLOY; STEPHANIE THEOBALD; JULIE HAGEN; and MINNEHAHA COUNTY, SOUTH DAKOTA, d/b/a The Minnehaha County Detoxification Center, | \* \* \* \* \* \* \* \* \* | AMANDA STURGEON, SARAH MOLLOY, STEPHANIE THEOBALD, JULIE HAGEN, and MINNEHAHA COUNTY, SOUTH DAKOTA, d/b/a The Minnehaha County Detoxification Center |
| Defendants. | \* \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Stipulation and Joint Motion for Order Dismissing Defendants Amanda Sturgeon, Sarah Molloy, Stephanie Theobald, Julie Hagen, and Minnehaha County, South Dakota, d/b/a The Minnehaha County Detoxification Center, Doc. 20, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint and causes of action against Defendants Amanda Sturgeon, Sarah Molloy, Stephanie Theobald, Julie Hagen, and Minnehaha County, South Dakota, d/b/a The Minnehaha County Detoxification Center, are hereby dismissed on the merits, with prejudice, and with each party to pay their own costs and attorney's fees.

IT IS FURTHER ORDERED that the caption in this case is amended to reflect the sole

Defendant in this lawsuit is Correct Care Solutions, LLC (CCS).

Dated this 13th day of May, 2014.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: Jennifer Stevens
    Deputy