UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| BETHANY KARR,<br>as Special Administrator of the Estate of<br>Charleen Karr on behalf of the Estate<br>and on behalf of the Next-of-Kin of Charleen<br>Karr, Deceased,<br><br>            Plaintiff,<br><br>vs.<br><br>CORRECT CARE SOLUTIONS, LLC (CCS),<br>A Foreign Limited Liability Company<br>authorized to do business in South Dakota,<br><br>            Defendants. | Civ. 13-4132-LLP<br><br><br><br>**STIPULATION AND<br>JOINT MOTION FOR ORDER<br>AND JUDGMENT OF DISMISSAL** |

    Pursuant to Federal Rule of Civil Procedure 41(a), the parties, acting by and through their respective attorneys of record, hereby stipulate, agree, and jointly move that the Court immediately enter an Order and Judgment of Dismissal, without further notice or hearing, dismissing Correct Care Solutions, LLC (CCS), a Foreign Limited Liability Company authorized to do business in South Dakota.

    It is hereby further stipulated, agreed, and jointly moved, by and between the parties, that the dismissal of the action shall be on the merits, with prejudice, and without cost to any party, with each party to pay their own costs.

Dated this 14th day of May, 2014.

NASSER LAW OFFICES, P.C.

/s/ Dean Nasser, Jr.
N. Dean Nasser, Jr.
dean@nasserlaw.com
James M. Nasser
james@nasserlaw.com
Jolene R. Nasser
Jolene@nasserlaw.com
204 South Main Avenue
Sioux Falls, SD 57104
Telephone: (605) 335-0001
Facsimile: (605) 335-6269
*Attorneys for Plaintiff*

Dated this 14th day of May, 2014.

        SIEGEL, BARNETT & SCHUTZ, L.L.P.

        */s/ Jeff L. Bratkiewicz*
        Jeff L. Bratkiewicz
        jbratkiewicz@sbslaw.net
        515 South Cliff Avenue, Suite 104
        P.O. Box 1286
        Sioux Falls, SD 57101-1286
        Telephone: (605) 335-6250
        Facsimile: (605) 335-6749
        *Attorneys for Defendant*