FILED
MAY 15 2014
[Clerk signature]

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| BETHANY KARR, as Special Administrator of the Estate of Charleen Karr on behalf of the Estate and on behalf of the Next-of-Kin of Charleen Karr, Deceased, | \* \* \* \* \* \* \* | CIV 13-4132 |
| Plaintiff, vs. | \* \* \* | |
| CORRECT CARE SOLUTIONS, LLC (CCS), a Foreign Limited Liability Company authorized to do business in South Dakota, | \* \* \* \* \* | JUDGMENT OF DISMISSAL OF DEFENDANT CORRECT CARE SOLUTIONS, LLC (CCS) |
| Defendant. | \* \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Stipulation and Joint Motion for Order and Judgment of Dismissal, Doc. 24, to dismiss Defendant Correct Care Solutions, LLC (CCS) from the above action, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint and causes of action against Defendant Correct Care Solutions, LLC (CCS), a Foreign Limited Liability Company authorized to do business in South Dakota is hereby dismissed on the merits, with prejudice, and with each party to pay their own costs and attorney's fees.

Dated this 15 day of May, 2014.

BY THE COURT:

[Signature]
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: [Signature] Jennifer Stevens
        Deputy